AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the
Northern District of California

FILED
JUN 1 2 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   3-13-70654 MAG |
| | ) | |
| LEE P. ALEXANDER | ) | Charging District:   Southern District of Indiana |
| | ) | |
| *Defendant* | | Charging District's Case No.   13-0122 SEB-TAB |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| | |
|---|---|
| Place: United States District Court<br>Southern District of Indiana<br>46 East Ohio Street<br>Indianapolis, IN 46204 | Courtroom No.: Magistrate Judge Lynch |
| | Date and Time: July 8, 2013 at 9:00 a.m. |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:   June 12, 2013

*Judge's signature*

LAUREL BEELER, U.S. MAGISTRATE JUDGE
*Printed name and title*